RECEIVED
MAY 2 1 2018
MEAGHER & GEER

<u>Tony T. Robinson</u>
Federal Reg No: 18099-041
Federal Correctional Instituion
P.o. BOX 5000, Greenville, Il 62246

<u>Sent via U.S. Mail</u>
Meagher & Geer, PLLP
Attn: Nicole Brand
33 South Sixth Street, Suite 4400
Minneapolis, MN

Re: May 8th, 2018, Correspondence
    Robinson v. Dannewitz., Et al. 17-cv- 0437

Dear Ms. Brand,

    This letter is to acknowlwdge that I have recived your request for medical records and for a list off treating providers.

    I have no problem providing you the information you are requesting, but at the appropriate time. As of now, the court has not issued a scheduling order setting a time for discovery to commence.

    Also, once the court does issue such order, I will ask the court to order that all medical records be filed under seal with the court pursuant to Minn Stat. 13.85, because the medical records you are requesting are classsified provide data. Also, I would ask to limit the scope of your request to specific time frames and information. Some of your request is outside the scope of my claims.

    One last thing, I appreciate you placing the "open in front of inmate" label on front, but I need you to also place <u>your name</u> under <u>your</u> heading of the envelope. To meet legal mail policy of the institution, the mail must have the label (Open in front of inmate) and the name od the attorney sending it.

I thank you for your attention to this matter.

Respectfully,

*[signature]*
Tony T. Robinson

CC: U.S. Dist Court.
17-cv-0437

## CERTIFICATE OF SERVICE

I, Tony Terrell Robinson, certify that I placed a true and accurate copy of the forgoing, postage pre-paid, first class, in the hands of Institution staff on ___15___ day of ___May___ in the year 2018, and forwarded the same to the following:

United States Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

Meagher & Geer, PLLP
ATTN: Nicole Brand
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402

_____
Tony Terrell Robinson



SAINT LOUIS MO 630

15 MAY 2018 PM 8 L

Tony T. Robinson
Federal Reg No. 18079-041
Federal Correctional Institution
P.O. Box 5000, Greenville, IL 62246

Meagher & Geer, PLLP
ATTN: Arielle Brand
33 South Sixth Street, Suite 4400
Minneapolis MN

55402-372099

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 4000
GREENVILLE, IL 62246

The enclosed letter was processed on 6/15 through special mailing procedures. The letter has neither been opened or inspected. If the writer raises a questions or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.