RECEIVED
AUG 02 2018
MEAGHER & GEER

Tony T. Robinson
Federal Reg No. 18099-041
Federal Correctional Institution
PO BOX 5000, Greenville, IL 62246

Sent via U.S. Mail
Meagher & Geer, PLLP
ATTN: Nicole L. Brand
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402

July 30th, 2018

Re: Request for Production of Documents
Robinson v. State of Minnesota, et al.
Case No. 17-cv-0437-DSD/KMM

Dear Ms. Nicole L. Brand

This letter is to acknowledge receipt of your request for Production of Documents pursuant to Rule 34 of the Rules of Criminal Procedure dated July 19th, 2018.

Moreso, this letter is to express to you that I would like to speak to you personally in regards to your request. I can be contacted by phone if you contact my Correctional Counselor at 618-664-6200, his name is Mr. Seely.

I have a few issues with your request. I would like to work out the details, and then be able to provide you what you need.

This letter will also serve as an extension of time to respond to your request and to acknowledge that at this time no objection's are being lodged.

Thank you for your attention to this matter.

Tony T. Robinson

Tony T. Robinson #18099-041
Federal Correctional Institution
PO BOX 5000
Greenville, IL 62246

SAINT LOUIS MO 630
30 JUL 2018 PM 9 L

Meagher & Geer PLLP
ATTN: Nicole L. Brand
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402

Legal Mail

55402-372099

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 4000
GREENVILLE, IL 62246

The enclosed letter was processed on 7/28 through special mailing procedures. The letter has neither been opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.