Tony Terrell Robinson
August 14, 2018
Page 2


bcc:   Tanya E. Springman, J.D. (Claim No. 1058504) *(tanya.springman@medpro.com)*
       Larisa Maslic, ARM, LHRM, CA *(lmaslic@crosscountry.com)*
       Stephen Dannewitz, M.D. *(sdannewitz@hotmail.com)*



33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
612-338-0661

meagher.com

Nicole L. Brand
Direct Dial: 612/347-9175
Direct Fax: 612/877-3070
E-Mail: nbrand@meagher.com

August 14, 2018

*Legal Mail: Open Only in the
Presence of the Inmate*
Tony Terrell Robinson
Reg. No. 18099-041
FCI Greenville
P.O. Box 5000
Greenville, IL  62246

**RE:** *Tony Terrell Robinson v. Stephen Dannewitz, M.D., et al.*
**Court File No.:** 17-CV-0437
**Our File No.:** 52394-8

Dear Mr. Robinson:

I am writing in response to your letter dated July 30, 2018. Your letter requests that we speak and provides your correctional counselor. If you have any issues that you would like me to consider, please put those matters in writing so that I can respond to same. Please be advised that I am not agreeing to conditions or changes to the medical authorization provided, but if you have some specific requests, please put that request in writing so that I may consider and respond to same.

In addition, your letter indicates that it is to "serve as an extension of time" to respond to the request for production of documents. If you wish to request an extension, you must make that request for consideration. For now, I will treat the letter as a request for an extension and agree that you may have an additional 15 days to respond. Please be advised that I am unable to grant any further extensions as to the medical authorizations as this matter has been pending for some months and the matter cannot proceed without signed authorizations.

Please do forward me the signed authorization promptly so that this matter may proceed.

Sincerely,

Nicole L. Brand

NLB/mrw:12335996.1
cc:     Anthony J. Novak, Esq.
        Sally J. Ferguson, Esq.