Tony T. Robinson
Federal Reg. No. 18099-041
Federal Correctional Institution
PO BOX 5000, Greenville, IL 62246

August 24, 2018

Sent via US mail
Meagher & Greer
ATTN: Nicole L. Brand
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402

RECEIVED
AUG 31 2018
MEAGHER & GEER

Re: Robinson v. Dannewitz et. al
    Case No. 17-CV-0437-DSD-KMM
    Request for Production of Documents

Dear Ms. Brand:

This letter is to outline my objections.

First, your request seeks privileged, confidential information that is not relevant to the claims I'm raising and your request is extremely over broad.

Ms. Brand, the above, outlines my specific objections to the Medical Authorization form you have provided. Please provide me with an updated version of the Medical Authorization form so I can sign it and get this case moving along.

Also, if you may state specifically why each objection is unreasonable or why you believe each item should not be objected to.

Finally, at this time I am trying to seek counsel to represent me in this action. Therefore, I respectfully ask for additional time to respond and to gain counsel to represent me. I appreciate your time and attention to this matter.

Respectfully Yours,

_Tony T. Robinson_
Tony T. Robinson