RECEIVED

SEP 20 2018

MEAGHER & GEER

**Tony T. Robinson**
Federal Reg No. 18099-041
Federal Correctional Institution
P.O. BOX 5000, Greenville, Il 62246

**Sent Via U.S.Mail**
Meagher & Geer, PLLP
Attn: Nicole L. Brand
33 South Sixth Street, Suite 4400
Minneapolis, Mn 55402

Re: Medical Authorization
    Robinson v. Dannewitz, M.D., et al
    **Court No. 17-cv-0437**

Dear Ms. Brand,

I am writing in response to your letter dated September 6th, 2018. I need to make clear that I have no problem signing a medical authorization when it is in compliance with Rule 35.

Rule 35.04 states "disclosure of medical records **related to the condition at issue."** That being said, your statement of "any and all medical records" is too broad of a request. The request of Psychiatric, alcohol/substance abuse, HIV?AIDS, Mental health counseling records are completely irrelevant to any claim that I have put at issue in my complaint against any defendant.

This is so because in **Damgaard v. Health** 2014 U.S. DIST LEXIS 194807 (June 5th, 2014), **Damgarrd** had placed her mental health at issue, and the court concluded that because her claims surrounded the claims of mental health perscription that her medical records surrounding her mental health was required to be disclosed.

The same principal applies here  Ms. Brand, the only claims in my complaint surround an ankle injury.

Please craft your medical authorization around the claim at issue, the ankle injury.

Then I would have no problem signing an authorization form so we could get this case moving along.

I thank you for your prompt attention to this matter,

Respectfully Yours,

Tony T. Robinson

Tony T. Robinson
Fedeal Reg No. 18099-041
Federal Correctional Institutiton
P.O. Box 5000, Greenville, Ill 62246

SAINT LOUIS MO 630

17 SEP 2018 PM 7 L

Meagher & Geer, PLLP
Attn: Nicole L. Brand
33 South Sixth Street, Suite 4400
Minneapolis, MN 2018

LEGAL MAIL

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 4000
GREENVILLE, IL 62246

The enclosed letter was processed on ___9/18___ through special mail procedures. The letter has neither been opened or inspected. If there is a question or problem over which the writer has no control, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.