RECEIVED
NOV 0 1 2018
MEAGHER & GEER

Tony T. Robinson
_____

Federal Reg No. 18099-041
Federal Correctional Institution
P.O. BOX 5000, Greenville, Ill 62246

October 29th, 2018

<u>Sent Via U.S. Mail</u>
Meagher & Geer, LLP
Attn: Nicole L. Brand
33 S 7th, Street
Minneapolis, MN 55402

Re: Robinson v. Dannewitz, et.al
    17-cv-00437-DSD-KMM
    Request for Medical Authorization

Dear Ms. Brand,

    It was a pleasure speaking with you a week or so back. The purpose of my letter today, is after speaking with you I have thought of a suggestion that we can discuss to resolve our issue of the authorization of medical records.

    Would you be willing to provide me a complimentary copy of all documents you recieve from your authorization?

    If that is acceptable to you, I will provide you with the authorization as you have request.

If you have any questions regarding my suggestion, please do not hesitate to ask. If you agree to my suggest, please inform me as soon as possible in writting.

Unitl next time, make it a great day!,

Respectfully Yours,

*[signature: Tony T. Robinson]*
Tony T. Robinson

18099-041
Tony Robinson
Federal Correctional Inst
P.O. BOX 5000
Greenville, IL 62246
United States

18099-041
Meagher Geer
Legal MAIL
33 S 7TH ST
Attn: Atty Nicole Brand
Minneapolis, MN 55402
United States



SAINT LOUIS MO 630
29 OCT 2018 PM 4 L
PURPLE HEART USA