# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tony Terrell Robinson,<br><br>            Plaintiff,<br><br>vs.<br><br>Stephen Dannewitz, M.D., Advanced Medical Imaging, Inc., Ranjiv Saini, M.D., Centurion of Minnesota, LLC, Jeanne Luck, LPN,<br><br>            Defendants. | Case No.: 0:17-CV-00437-DSD-KMM<br><br>**AFFIDAVIT OF ANTHONY J. NOVAK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS CENTURION OF MINNESOTA, LLC AND JEANNE LUCK, LPN** |

STATE OF MINNESOTA )
                             ) ss.
COUNTY OF RAMSEY )

    Anthony J. Novak, having been duly sworn under oath, hereby states as follows:

    1.    I am an attorney with the law firm of Larson • King, LLP, and am one of the attorneys representing Defendants Centurion of Minnesota, LLC and Jeanne Luck, LPN in this matter. This affidavit is submitted in support of the Motion for Summary Judgment.

    2.    Attached as Exhibit 1 are true and correct copies of medical records for Tony Terrell Robinson.  [filed under seal]

    3.    Attached as Exhibit 2 is a true and correct copy of a letter from Dr. Jeffrey D. Seybold, dated January 14, 2020.  [filed under seal]

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/ Anthony J. Novak
Anthony J. Novak

Subscribed and sworn to before me this 10th day of February, 2020.

s/ Garnet Polson
Notary Public