# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Tony Terrell Robinson,           Case No. 17cv437-DSD-KMM

       Plaintiff,

v.                           **ORDER**

Minnesota, State of et al.

       Defendants.

_____

       This matter is before the Court on defendant Dr. Ranjiv Saini's Motion to Amend his Motion for Summary Judgment. (ECF No. 249.) Dr. Saini seeks to amend his motion to reflect the updated expert report that he received from the plaintiff Mr. Robinson after filing his original motion for summary judgment. Due to the time delay caused by using the postal service instead of ECF in this case, Mr. Robinson did not receive Dr. Saini's Motion to Amend until after he had already filed his Response. (ECF Nos. 268, 275.) However, Mr. Robinson has indicated that he does not oppose this amendment and asks that his original arguments against the Motion for Summary Judgment be incorporated against the amended Motion. (ECF No. 275.)

       Accordingly, IT IS HEREBY ORDERED that Dr. Saini's Motion to Amend his Motion for Summary Judgment (ECF No. 249) is GRANTED. The Court will address Mr. Robinson's arguments opposing the Motion as though they were opposing the Amended Motion.


Dated: March 5, 2020                 *s/ Katherine Menendez*
                                           Katherine Menendez
                                           United States Magistrate Judge