RAE # 6

RECEIVED BY MAIL
MAY 21 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAY 21 2020
U.S. DISTRICT COURT MPLS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Tony Terrell Robinson, | Case No.: 0:17-CV-00437-DSD-KMM |
| Plaintiff, | |
| vs. | **DEFENDANTS CENTURION OF MINNESOTA, LLC AND JEANNE L. LUCK, LPN'S, RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION** |
| Stephen Dannewitz, M.D., Advanced Medical Imaging, Inc., Ranjiv Saini, M.D., Centurion of Minnesota, LLC, Jeanne Luck, LPN, | |
| Defendants. | |

---

TO: Plaintiff [*Pro Se*] Tony Terrell Robinson, Inmate ID: 18099-041, Federal Correctional Institution, P.O. Box 5000, Greenville, Illinois 62246-5000, and his attorney Zorislav R. Leyderman, The Law Office of Zorislav R. Leyderman, 222 South 9th Street, Suite 1600, Minneapolis, MN 55402.

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendants Centurion of Minnesota, LLC and Jeanne Luck, LPN respond to Plaintiff's Second Set of Requests for Admission as follows:

### ANSWERS TO REQUESTS FOR ADMISSION

**REQUEST NO. 29:** Admit the genuineness of medical records from 4-14-14, 4-15-14, 4-17-14, 4-28-14, 4-30-14, and 5-6-14.

**ANSWER:** Defendants object to this Request as untimely, because the Request was not commenced in time to be completed by the discovery cutoff date of March 14, 2020 (See ECF No. 185, 215). Defendants further object to this Request as exceeding the maximum number of Requests for Admissions permitted by the Court's Scheduling Order dated August 23, 2019 (ECF No. 185). Defendants further object to this Interrogatory on the ground that it is calling for a legal conclusion. Subject to and without waiving any objections, admit. Defendants have no reason to question the genuineness of Plaintiff's medical records.

**REQUEST NO. 30:** Admit that you, Jeanne Luck, LPN, is the author of the medical record encounter on 4-15-14.

**ANSWER:** Defendants object to this Request as untimely, because the Request was not commenced in time to be completed by the discovery cutoff date of March 14, 2020 (See ECF No. 185, 215). Defendants further object to this Request as exceeding the maximum number of Requests for Admissions permitted by the Court's Scheduling Order dated August 23, 2019 (ECF No. 185). Subject to and without waiving any objections, deny.

Dated: March 27, 2020

**LARSON • KING, LLP**

By: *s/ Anthony J. Novak*
Mark A. Solheim (213226)
Anthony J. Novak (#351106)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Tel: (651) 312-6500
Fax: (651) 312-6618
msolheim@larsonking.com
tnovak@larsonking.com

*Attorneys for Defendants Centurion of Minnesota, LLC and Jeanne L. Luck, LPN*

LK 1943432