RAE #8

RECEIVED
BY MAIL
MAY 21 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAY 21 2020
U.S. DISTRICT COURT MPLS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tony Terrell Robinson,<br><br>Plaintiff,<br><br>vs.<br><br>Stephen Dannewitz, M.D., Advanced Medical Imaging, Inc., Ranjiv Saini, M.D., Centurion of Minnesota, LLC, Jeanne Luck, LPN,<br><br>Defendants. | Case No.: 0:17-CV-00437-DSD-KMM<br><br>**DEFENDANTS CENTURION OF MINNESOTA, LLC AND JEANNE L. LUCK, LPN'S RESPONSES TO PLAINTIFF'S THIRD SET OF REQUESTS FOR DOCUMENTS** |

TO: Plaintiff [*Pro Se*] Tony Terrell Robinson, Inmate ID: 18099-041, Federal Correctional Institution, P.O. Box 5000, Greenville, Illinois 62246-5000, and his attorney Zorislav R. Leyderman, The Law Office of Zorislav R. Leyderman, 222 South 9th Street, Suite 1600, Minneapolis, MN 55402.

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants Centurion of Minnesota, LLC and Jeanne Luck, LPN respond to Plaintiff's Third Set of Requests for Documents as follows:

## RESPONSES TO REQUESTS FOR DOCUMENTS

**REQUEST NO. 10:** Produce all documents identified in any of your answers to interrogatories served upon you to date.

**RESPONSE:** Defendants object to this Request as untimely, because the Request was not commenced in time to be completed by the discovery cutoff date of March 14, 2020 (*See* ECF No. 185, 215). Subject to and without waiving any objections, any responsive documents in Defendants' possession have been produced.

**REQUEST NO. 11:** Produce any and all historical data maintained by Centurion of Minnesota, LLC regarding compliance with its own policies and procedures between 2011 to present.

**RESPONSE**: Defendants object to this Request as untimely, because the Request was not commenced in time to be completed by the discovery cutoff date of March 14, 2020 (*See* ECF No. 185, 215). Defendants further object to this Request as overly broad because the time at issue is between April 14, 2014 (the date of Plaintiff's injury) and May 8, 2014 (the date of Plaintiff's release). Defendants further object to this Request on the grounds that it is overbroad, not proportional or seeking relevant information, vague and lacking in definition, as it is unclear what Plaintiff means by the phrase "historical data" that would show Centurion's "compliance with its own policies." The production of all data or documents that show Centurion complying with various policies and procedures would also be unduly burdensome.

**REQUEST NO. 12:** Produce any and all written training materials provided to Jeanne Luck, LPN, Stephen Dannewitz, M.D. and any other medical personnel who came in contact with Robinson during the events described in the complaint. Robinson request these materials for the time frame of 2011 to present.

**RESPONSE**: Defendants object to this Request as untimely, because the Request was not commenced in time to be completed by the discovery cutoff date of March 14, 2020 (*See* ECF No. 185, 215). Defendants further object to this Request as overly broad because the time at issue is between April 14, 2014 (the date of Plaintiff's injury) and May 8, 2014 (the date of Plaintiff's release). Defendants further object to this Request on the grounds that it seeks irrelevant information, is not proportional to the needs of the case, is vague and lacking in definition, as it is unclear what Plaintiff means by the phrase "came in contact with Robinson."

**REQUEST NO. 13:** Produce any and all written policies in place by Centurion of Minnesota, LLC that pertains to medical care for inmates in the custody of Department of Corrections in Minnesota during the period 2011 to present.

**RESPONSE**: Defendants object to this Request as untimely, because the Request was not commenced in time to be completed by the discovery cutoff date of March 14, 2020 (*See* ECF No. 185, 215). Defendants further object to this Request as not seeking relevant information, not proportional, lacking in specificity, and as overly broad because the time at issue is between April 14, 2014 (the date of Plaintiff's injury) and May 8, 2014 (the date of Plaintiff's release).

Dated: March 27, 2020

**LARSON • KING, LLP**

By: *s/ Anthony J. Novak*
Mark A. Solheim (213226)
Anthony J. Novak (#351106)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Tel: (651) 312-6500
Fax: (651) 312-6618
msolheim@larsonking.com
tnovak@larsonking.com

*Attorneys for Defendants Centurion of Minnesota, LLC and Jeanne L. Luck, LPN*

LK 1943613

MCF - Lino Lakes                              CENTURION MONTHLY SCHEDULE
                                                      APRIL 2014

| Sunday | Monday | Tuesday | | Wednesday | | Thursday | | Friday | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **1** | | **2** | | **3** | | **4** | | **5** |
| PCP | | Dannewitz | 8 | Dannewitz | 8 | | | | | |
| NP/PA | | Luck | 8 | | | Luck | 8 | | | |
| Psy | | | | | | | | | | |
| NPP | | | | | | | | | | |
| Phleb | | | | | | | | | | |
| PT | | | | | | | | | | |
| OPT | | | | | | | | | | |
| Other | | | | | | | | | | |
| **6** | **7** | **8** | | **9** | | **10** | | **11** | | **12** |
| PCP | | | | | | | | | | |
| NP/PA | | Luck | 8 | Luck | 8 | | | | | |
| Psy | | | | | | | | | | |
| NPP | | | | | | | | | | |
| Phleb | | | | | | | | | | |
| PT | | | | | | | | | | |
| OPT | | | | | | | | | | |
| Other | | | | | | | | | | |
| **13** | **14** | **15** | | **16** | | **17** | | **18** | | **19** |
| PCP | | | | | | | | | | |
| NP/PA | | Luck | 8 | Luck | 8 | | | | | |
| Psy | | | | | | | | | | |
| NPP | | | | | | | | | | |
| Phleb | | | | | | | | | | |
| PT | | | | | | | | | | |
| OPT | | | | | | | | | | |
| Other | | | | | | | | | | |
| **20** | **21** | **22** | | **23** | | **24** | | **25** | | **26** |
| PCP | Dannewitz | 16 Dannewitz | 16 | Dannewitz | 16 | Dannewitz | 16 | Dannewitz | 16 | |
| NP/PA | | Luck | 8 | Luck | 8 | | | | | |
| Psy | | | | | | | | | | |
| NPP | | | | | | | | | | |
| Phleb | | | | | | | | | | |
| PT | | | | | | | | | | |
| OPT | | | | | | | | | | |
| Other | | | | | | | | | | |
| **27** | **28** | **29** | | **30** | | | | | | |
| PCP | Dannewitz | 16 Dannewitz | 16 | Dannewitz | 16 | | | | | |
| NP/PA | | Luck | 8 | Luck | 8 | | | | | |
| Psy | | | | | | | | | | |
| NPP | | | | | | | | | | |
| Phleb | | | | | | | | | | |
| PT | | | | | | | | | | |
| OPT | | | | | | | | | | |
| Other | | | | | | | | | | |
| | | | | **Totals** | | | | | | |

Centurion000002

MCF - Lino Lakes

## CENTURION MONTHLY SCHEDULE
### May 2014

| Sunday | Monday | | Tuesday | | Wednesday | | Thursday | | Friday | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **1** Dannewitz | 8 | **2** Dannewitz | 8 / **3** |
| **4** | **5** Dannewitz | 8 | **6** Dannewitz<br>Luck | 8<br>8 | **7** Dannewitz<br>Luck | 8<br>8 | **8** Dannewitz | 8 | **9** Dannewitz | 8 / **10** |
| **11** | **12** Dannewitz | 8 | **13** Luck | 8 | **14** Dannewitz<br>Luck | 8<br>8 | **15** Dannewitz | 8 | **16** Dannewitz | 8 / **17** |
| **18** | **19** Dannewitz | 8 | **20** Dannewitz<br>Luck | 8<br>8 | **21** Dannewitz<br>Luck | 8<br>8 | **22** Dannewitz | 8 | **23** Dannewitz | 8 / **24** |
| **25** Memorial Day (Closed) | **26** | | **27** Dannewitz<br>Luck | 8<br>8 | **28** Dannewitz<br>Luck | 8<br>8 | **29** Dannewitz | 8 | **30** Dannewitz | 8 / **31** |
| | | | | | **Totals** | | | | | |

Centurion000003