RAE #13

RECEIVED BY MAIL
MAY 21 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAY 21 2020
U.S. DISTRICT COURT MPLS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Tony Terrell Robinson, | Court File No. 17-CV-0437 (DSD/KMM) |
| Plaintiff, | |
| v. | **DEFENDANT STEPHEN DANNEWITZ, M.D.'S SUPPLEMENTAL ANSWERS TO PLAINTIFF'S INTERROGATORIES** |
| Minnesota Department of Corrections, et al. | |
| Defendants. | |

TO: Plaintiff Tony Terrell Robinson, Inmate ID: 18099-041, Federal Correction Institution – Greenville, P.O. Box 5000, Greenville, IL 62246-5000.

PLEASE TAKE NOTICE that Defendant Stephen Dannewitz, M.D., pursuant to Rule 33 of the Federal Rules of Civil Procedure, provides the following answers to Plaintiff Tony Terrell Robinson's First Set of Interrogatories.

**GENERAL OBJECTIONS**

Defendant Stephen Dannewitz, M.D., objects to Plaintiff's Interrogatories to the extent they fail to comply with Minn. Stat. § 604.11. Subject to and without waiving said objection, Dr. Dannewitz responds to Plaintiff's First Set of Interrogatories as follows:

**Interrogatory No. 1:** Please state whether Dr. Dannewitz's insurance carrier has ever paid a claim for Dr. Dannewitz, before.

**ANSWER: This interrogatory is objected to as irrelevant, overly broad, and not likely to lead to the discovery of admissible evidence.**

**SUPPLEMENTAL ANSWER: Subject to and without waiving the stated objections above, in response to Plaintiff's letter dated March 8, 2020, limiting the scope of Interrogatory No. 1 to "'claim' to mean, medical malpractice or deliberate**

indifference for a time period limited from 2011 to present," Dr. Dannewitz's insurance carrier has not paid such claim.

**Interrogatory No. 2:** Please state whether Dr. Dannewitz has ever been a party to any previous claim in any action?

ANSWER: This interrogatory is objected to as irrelevant, overly broad, and not likely to lead to the discovery of admissible evidence. Subject to and without waiving said objections, no.

SUPPLEMENTAL ANSWER: Subject to and without waiving the stated objections above, in response to Plaintiff's letter dated March 8, 2020, limiting the scope of Interrogatory No. 2 to "'claim' to mean, 'any malpractice or deliberate indifference of inmates,'" Dr. Dannewitz has not been a party to a previous claim as defined by Plaintiff.

   a.   If so, for what type of claim

ANSWER: No response is required.

SUPPLEMENTAL ANSWER: See supplemental answer to Interrogatory No. 2.

   b.   If so, from what court, and under what case number

ANSWER: No response is required.

SUPPLEMENTAL ANSWER: See supplemental answer to Interrogatory No. 2.

**Interrogatory No. 5:** Please state whether Dr. Dannewitz had the authority to request or place a medical hold on Tony Terrell Robinson?

ANSWER: This interrogatory is objected to as vague and ambiguous as to what is meant by "medical hold" and therefore Defendant cannot respond as to whether he "had the authority to request or place a medical hold on Tony Terrell Robinson."

SUPPLEMENTAL ANSWER: This interrogatory is further objected to on the basis that it is not reasonably related to any claim alleged by Plaintiff specific to Dr. Dannewitz and the assertions of purported medical negligence, deliberate indifference to medical needs, and negligent and/or intentional infliction of emotional distress.

Subject to and without waiving the stated objections above, in response to Plaintiff's letter dated March 8, 2020, which defines medical hold as "to mean the restricting of an inmate from leaving the custody of the Department of Corrections," Dr. Dannewitz

did not have the authority to request or place a medical hold on Tony Terrell Robinson.

      a.   If not, who had the authority to do so?

**ANSWER**: See response to Interrogatory No. 5.

**SUPPLEMENTAL ANSWER**: See supplemental response to Interrogatory No. 5.

      b.   If so, why he did not use his authority to do so?

**ANSWER**: See response to Interrogatory No. 5.

**SUPPLEMENTAL ANSWER**: See supplemental responses to Interrogatory No. 5.

[THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK]

*Stephen R. [signature]*
Stephen Dannewitz, M.D.

Subscribed and sworn to before me
This 13th day of April, 2020

*Rebecca Horvath [signature]*
Notary
Expiration: 06/08/2024



REBECCA HORVATH
Notary Public - State of Florida
Commission # GG 970878
My Comm. Expires Jun 8, 2024
Bonded through National Notary Assn.

AS TO FORM AND OBJECTIONS:

Dated: April 13, 2020     By: *Besse McDonald [signature]*
Nicole L. Brand (#299546)
Besse H. McDonald (#0398662)
**Meagher & Geer, PLLP**
33 South Sixth Street, Suite 4400
Minneapolis, MN  55402
(612) 338-0661
nbrand@meagher.com
bmcdonald@meagher.com

*Attorneys for Defendant Stephen Dannewitz, M.D.*

13379983.1

4