## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Tony Terrell Robinson,　　　　　　　　　　　　　Case No. 17cv437-DSD-KMM

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Minnesota, State of et al.

　　　　　Defendants.

_____

　　　This matter comes before the Court on plaintiff Tony Terrell Robinson's motion for surreply.  (ECF No. 347.)  Mr. Robinson requests 30 days to submit additional discovery materials he anticipates receiving.  The Court finds permitting these additional materials serves the interest of fairness and justice.  However, it will not permit additional time beyond these 30 days, in order to avoid additional undue delay in this case.

　　　Accordingly, IT IS HEREBY ORDERED:

　　　1.　　Mr. Robinson's Motion for Surreply (ECF No. 347) is GRANTED.  Mr. Robinson must submit any additional materials within 30 days of this Order.  The defendants are expected to continue to comply with all discovery obligations.


Dated:  June 2, 2020　　　　　　　　　　*s/ Katherine Menendez*
　　　　　　　　　　　　　　　　　　　　　Katherine Menendez
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge